UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

OLIVER M. BOLING, : 
: 
Plaintiff : 
: 
v. : CIVIL NO. 3:CV-07-1133
: 
DR. ANTHONY BUSSANICH, et al., : (Judge Kosik)
: 
Defendants :

### ORDER

**AND NOW, THIS 25th DAY OF JANUARY, 2010**, upon consideration of Plaintiff's "Unopposed Motion for Leave to File a Brief in Excess of Fifteen Pages and 5,000 Words" (Doc. 90), **IT IS HEREBY ORDERED THAT** said motion is **granted**. Defendants may file a brief which does not exceed thirty-two (32) pages in length.

_____
EDWIN M. KOSIK
United States District Judge