UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

OLIVER M. BOLING,

    Plaintiff

v.                             CIVIL NO. 3:CV-07-1133

DR. ANTHONY BUSSANICH, et al.,     (Judge Kosik)

    Defendants

FILED SCRANTON FEB 10 2010

## ORDER

**NOW, THIS** 10th **DAY OF FEBRUARY, 2010,** upon consideration of Defendants' Unopposed Motion for Leave to File a Reply Brief in Excess of Fifteen Pages and 5,000 Words (Doc. 94), **IT IS HEREBY ORDERED THAT** said motion is **granted**. Defendants may file a reply brief which does not exceed thirty-three (33) pages in length.

EDWIN M. KOSIK
United States District Judge